**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, <br><br>      Plaintiff, <br><br> v. <br><br> THE COCA-COLA COMPANY, <br><br>      Defendant. | Case No. |

**DECLARATION OF AMY M. BOWERS-ZAMORA IN SUPPORT OF PLAINTIFF**
**ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC'S MOTION TO**
**COMPEL NON-PARTY PLEXUS CORP. TO COMPLY WITH**
**SUBPOENA FOR DOCUMENTS AND TESTIMONY**

I, Amy M. Bowers-Zamora, hereby declare and state as follows:

1. My name is Amy M. Bowers-Zamora. I am of legal age and under no legal disability. I have personal knowledge of the facts in this Declaration and know them to be true and correct.

2. I am an attorney with Carey Rodriguez Milian Gonya, LLP and represent Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") in the above-captioned matter. I make this Declaration in support of RCDI's Motion to Compel Non-Party Plexus Corp. ("Plexus") to Comply with Subpoena for Documents and Testimony.

3. Attached hereto as **Exhibit 1** is a true and correct copy of RCDI's February 6, 2018 subpoena for documents and testimony (the "Subpoena") served on Plexus.

4. Attached hereto as **Exhibit 2** is a true and correct copy of RCDI's Complaint in the above-captioned matter.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the February 9, 2018

return of service of the Subpoena.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Plexus' February 23, 2018 Responses and Objections to RCDI's Notice of Subpoena.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the Certificate of Non-Appearance for Plexus' failure to attend its deposition.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the Court's February 24, 2018 Stipulated Protective Order (D.E. 27).

9.      Attached hereto as **Composite Exhibit 7** is a true and correct copy of RCDI's counsel's February 24, 2018 and February 26, 2018 emails to The Coca-Cola Company's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2018.

*/s/ Amy M. Bowers-Zamora*
Amy M. Bowers-Zamora