# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROTHSCHILD CONNECTED
DEVICES INNOVCATIONS LLC,

        Plaintiff,

v.

THE COCA-COLA COMPANY,

        Defendant,

and

PLEXUS CORP.,

        Respondent.

Case No. 18-MC-8-JPS

**ORDER**

        This is a subpoena enforcement action filed in connection with a patent infringement lawsuit. (Docket #1). The subpoena was issued by Plaintiff from the District Court for the Northern District of Georgia. (Docket #2-1). Respondent is a Wisconsin company and so Plaintiff properly filed this action in this Court. *Id.* at 2; Fed. R. Civ. P. 45(d)(2)(B)(i). This action may nevertheless be transferred to the issuing court with the respondent's consent. Fed. R. Civ. P. 45(f). The parties and Respondent have filed an agreed motion seeking transfer. (Docket #3). The Court will, therefore, grant the motion and transfer this action to the District Court for the Northern District of Georgia.

Accordingly,

**IT IS ORDERED** that the parties' agreed motion to transfer this action pursuant to Federal Rule of Civil Procedure 45(f) (Docket #3) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court take all appropriate steps to effectuate transfer of this action to the District Court for the Northern District of Georgia.

Dated at Milwaukee, Wisconsin, this 8th day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge